USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1188 DANIEL G. GORTON, SR., Plaintiff, Appellant, v. JOHN J. CALLAHAN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, Jr., U.S. District Judge] Before Torruella, Chief Judge, Coffin, Senior Circuit Judge, and Stahl, Circuit Judge.   Stanley H. Robinson on brief for appellant. Paul M. Gagnon, United States Attorney, David L. Broderick,Assistant U.S. Attorney, and Donna C. McCarthy, Assistant RegionalCounsel, on brief for appellee.September 30, 1998  Per Curiam. Appellant Daniel G. Gorton appeals from the district court's decision affirming the denial of disability benefits by the Commissioner of Social Security.  Having carefully reviewed the court's Order, dated January 20, 1998, the issues raised in the parties' briefs, and the administrative record, we affirm essentially for the reasons stated in the Order. Affirmed. See Local Rule 27.1.